235 So.2d 96

Lloyd A. COMEAUX, Individually, and For and on Behalf of His Minor Son, Robert Wayne Comeaux

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and Dr. John Travis Cunningham.

No. 50500.

May 25, 1970.

Writ denied. On the facts found by the Court of Appeal the result is correct.

235 So.2d 97

STATE ex rel. Joseph Jules SCHLUM-BRECHT, Jr., Individually and as the Administrator of the Estate of his Minor Daughter Gwendolyn Ann Schlumbrecht

v.

LOUISIANA STATE BOARD OF HEALTH, Through its President, Dr. T. N. ARMISTEAD.

No. 50501.

May 25, 1970.

The application is denied. According to the facts found by the Court of Appeal the judgment complained of is correct.

HAMLIN, J., is of the view that the application should be granted.

SANDERS and SUMMERS, JJ., are of the opinion a writ should be granted.